1  ALBERTO CASTRO, ESQ.
2  Nevada Bar No. 014690
   RICHARD HARRIS LAW FIRM
3  801 South Fourth Street
   Las Vegas, Nevada 89101
4  Tel: (702) 444-4444
   Fax: (702) 444-4455
5  Alberto@richardharrislaw.com
6  *Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BELINDA JO BARR, individually,<br><br>  Plaintiff,<br><br>vs.<br><br>BRETT TIMOTHY VAN ANNE; DOES I through X, and ROE CORPORATIONS I-X, inclusive,<br><br>  Defendants. | CASE NO.: 3:25-cv-00590-ART-CSD<br><br>**ORDER APPROVING STIPULATION AND ORDER TO APPEAR REMOTELY** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, Plaintiff Berlinda Jo Barr ("Plaintiff"), by and through her counsel of record, Alberto Castro, Esq. of the law firm the Richard Harris Law Firm, and Defendant Brett Timothy Van Anne ("Defendant") by and through his counsel of record, Brandy Lambert, Esq., of Lee, Landrum & Ingle, hereby stipulate and agree that the parties may appear remotely via video conference for the Case Management Conference set before this Court on Monday, December 22, 2025, at 1:00 p.m. before Judge Craig S. Denney. The parties understand and agree they are prohibited from recording, photographing, or retransmitting any part of the proceeding.

//

//

Dated this 22nd day of December, 2025

Dated this 22nd day of December, 2025

By:  */s/ Alberto Castro*

    Alberto Castro, Esq.
    Nevada Bar No. 01490
    **RICHARD HARRIS LAW FIRM**
    801 South Fourth Street
    Las Vegas, Nevada 89101
    *Attorney for Plaintiff*

By:  H. Brandy Lambert

    H. Brandy Lambert, Esq.
    Nevada Bar No. 10898
    **LEE, LANDRUM & INGLE**
    7575 Vegas Drive, Suite 150
    Las Vegas, Nevada 89128
    *Attorney for Defendant*

**IT IS SO ORDERED**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED: <u>December 22, 2025.</u>**

**From:** Brandy Lambert <blambert@lee-lawfirm.com>
**Sent:** Monday, December 22, 2025 11:29 AM
**To:** Alberto Castro <alberto@richardharrislaw.com>
**Cc:** Holly Woodard <hwoodard@lee-lawfirm.com>
**Subject:** RE: Barr v. Van Anne (3:25-cv-00590-ART-CSD)

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

You have consent to submit with my e-signature.

_____


**Brandy Lambert**Partner

7575 Vegas Drive, Suite 150

Las Vegas, Nevada 89128

D   (725) 216-7400

**From:** Alberto Castro <alberto@richardharrislaw.com>
**Sent:** Monday, December 22, 2025 11:27 AM
**To:** Brandy Lambert <blambert@lee-lawfirm.com>
**Cc:** Holly Woodard <hwoodard@lee-lawfirm.com>
**Subject:** RE: Barr v. Van Anne (3:25-cv-00590-ART-CSD)

This message originated from outside your organization

---

Brandy,

Can you please provide us with your permission to affix your signature and submit?

Best,



**ALBERTO CASTRO, ESQ.**

LAWYER-PARTNER
**DIRECT:**  702.444.4292
Alberto@harris.legal